**REQUIRED STATEMENT
TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY**

All Cases:   Debtor(s)   Ruben Locke, III                               Case No.   20-10421     Chapter   13

All Cases:   Moving Creditor   U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR RESIDENTIAL ASSET SECURITIES CORPORATION, HOME EQUITY MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-KS11     Date Case Filed   5/5/2020

Nature of Relief Sought:   ■ Lift Stay    □ Annul Stay    ■ Other (describe)  Dismissal and Co-Debtor Stay

Chapter 13:   Date of Confirmation Hearing _____    or Date Plan Confirmed   08/07/2020

Chapter 7:   □ No-Asset Report Filed on _____
             □ No-Asset Report not Filed, Date of Creditors Meeting _____

1. Collateral
   a. ■ Home
   b. □ Car    Year, Make, and Model _____
   c. □ Other (describe) _____

2. Balance Owed as of 08/17/2020   $127,011.64
   Total of all other Liens against Collateral   $3,000.00

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases)   $172,000.00, per Debtor's Schedules

5. Default
   a. ■ Pre-Petition Default as of petition date
      Number of months   0    Amount   $0.00

   b. ■ Post-Petition Default
      i. ■ On direct payments to the moving creditor
         Number of months   3    Amount   $1,889.88

      ii. □ On payments to the Standing Chapter 13 Trustee
         Number of months _____    Amount _____

6. Other Allegations
   a. ■ Lack of Adequate Protection § 362(d)(1)
      i.   □ No insurance
      ii.  □ Taxes unpaid    Amount   $ _____
      iii. □ Rapidly depreciating asset
      iv.  □ Other (describe) _____

   b. □ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

   c. □ Other "Cause" § 362(d)(1)
      i.   □ Bad Faith (describe) _____
      ii.  □ Multiple Filings
      iii. □ Other (describe) _____

   d. Debtor's Statement of Intention regarding the Collateral
      i. □ Reaffirm    ii. □ Redeem    iii. □ Surrender    iv. ■ No Statement of Intention Filed

Date:   September 16, 2020                              /s/ Joel P. Fonferko
                                                        Counsel for Movant
(Rev. 12/21/09)