**EXHIBIT A**

| Name: | Ruben Locke, III | | | | |
|---|---|---|---|---|---|
| BK Case Number: | 20-10421 | | | | |
| Filing Date: | 05/05/2020 | | | | |
| First Post Due: | 06/01/2020 | | | | |
| Post-Petition Due | Date Received | Amount Received | Amount Applied | Suspense Application | Suspense Balance |
| | 06/17/2020 | $ 771.45 | | $ 771.45 | $ 771.45 |

| Name: | Ruben Locke, III | | | | |
|---|---|---|---|---|---|
| BK Case Number: | 20-10421 | | | | |
| Filing Date: | 05/05/2020 | | | | |
| Due Date | Total Payment | P & I | Escrow | Optional Products | NOPC Filed Date |
| 06/01/2020 | $ 887.11 | $ 422.11 | $ 465.00 | $ - | |
| 07/01/2020 | $ 887.11 | $ 422.11 | $ 465.00 | $ - | |
| 08/01/2020 | $ 887.11 | $ 422.11 | $ 465.00 | $ - | |
| **Total Due** | **$ 2,661.33** | **$ 1,266.33** | **$ 1,395.00** | **$ -** | |